**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LEWIS CAMPBELL, III, | : | No. 267 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| CALIFORNIA UNIVERSITY OF | : | |
| PENNSYLVANIA AND DR. KAREN | : | |
| HJERPE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.